## Commonwealth v. Wible, Appellant.

Submitted March 13, 1972. *Blake E. Martin,* Public Defender, for appellant; *Edwin D. Strite, Jr.,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Wiggins, Appellant.

Submitted March 13, 1972. *Frederick W. Andrews,* Assistant Public Defender, for appellant; *James G. Morgan, Jr.,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Williams, Appellant.

Submitted March 20, 1972. *Simon Mustokoff,* for appellant; *Peter J. Smith* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.